## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | SDNY |
|---|---|---|

| Name (under which you were convicted): Sulaiman Abu Ghayth | Docket or Case No.: 98 Cr-1023-LAK |
|---|---|

| Place of Confinement: USP-AD Max  P.O.Box 8500  Florence, CO 81226 | Prisoner No.: 91969-054 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. | Sulaiman Abu Ghayth |

MOTION

**19 CV 2994**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

SDNY

(b) Criminal docket or case number (if you know): 98-Cr-1023-LAK

2. (a) Date of the judgment of conviction (if you know): March 26, 2014

(b) Date of sentencing: Sept 23, 2014

3. Length of sentence: Life

4. Nature of crime (all counts):

1- Conspiracy To Kill American 2332(b)

2- Conspiracy To Provide Material Support 2332 A(b)

3- Material Support Reflected in count 2

5. (a) What was your plea? (Check one)

(1) Not guilty ☑        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

1

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☑    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:

   (a) Name of court: 2nd Cir.

   (b) Docket or case number (if you know): 14-3674

   (c) Result: Denail

   (d) Date of result (if you know): Sept 27-2017

   (e) Citation to the case (if you know): N/A

   (f) Grounds raised:

   I do not know English and my lawyer did not tell me.

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑  No ☐

   If "Yes," answer the following:

   (1) Docket or case number (if you know): 17-7916

   (2) Result: Denial

   (3) Date of result (if you know): April 2, 2018

   (4) Citation to the case (if you know): 138 S.ct. 1450 (2018)

   (5) Grounds raised:

   Same As 9(f) above

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

2

## 12. GROUNDS FOR THIS MOTION:-

GROUND ONE: In-Effective Assistance of counsel

(a) Supporting Facts:

1. During trial, my lawyer Zoë Dolan was the only lawyer who can review the classified Materials.
Yet, she never brought any useful evidence out of them.

2. She never Consulted me about any of the Discovery Materials.

3. Her neglect of me continued and became worse after the sentence as she became my sole lawyer.

4. Once I reached the ADX in Florence, Colorado she disappeared! I got No letters from her, No phone calls, and of course No visits

5. She Knows very well that I am under special Administrative Measures (SAMs) which prevent me from communicating with any other lawyer in the world except her, and still she did not sign my (SAM) affirmation, and I left with No legal support until I wrote to the Court.

6. She did not bring an interpreter at first until trial in October, 2014. And when she brought an interpreter in last phone call in December, 1, 2015 She and I were in complete disag-reement and I terminated the useless phone call.

3

Page

(b) Direct Appeal of Ground. ONE

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

    Because This Is a 2255 issue

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☑ NOte: I wrote a letter to 2nd Cir. But was never answered.

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application? N/A

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application? N/A

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state: N/A

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or N/A raise this issue:

4

Page

GROUND TWO: Preventing Me From Contact With My Embassy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

1. Before the trail, the goverment offerred me 20 years in prison for pleading "Guilty"

2. This 20 years offer was through my lawyer.

3. I told my lawyer that I want to Contact my Embassy in order to Consult them whether It is good for me to accept the offer.

4. My lawyer Contacted the Goverment to allow me to contact my Embassy.

5. After Some time of waiting, my lawyer told me that Goverment refused to permit me to Contact with my Embassy

6. Therefore, I could not choose the right decision, and I lost the offer.

7. Had I was allowed to speak with my Embassy they would certainly tell me to accept the offer because they know the American Justice System. which almost always it is the best for a defendant (in any Terrorism Case) to accept the Government offer even if the defendant (like me) is in fact innocent.

5

Page

(b) Direct Appeal of Ground TWO:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Because This Is a 2255 issue

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application? N/A

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or N/A
raise this issue:

6

Page

GROUND THREE New Discovered Evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

1. In my trial, the Government brought a person named: Evan Kohlmann, and claimed that he (i,e kohlman) is an impartial Expert.

2. Kohlman gave a long testimony in my trial in front of the Jury whom Were deceived by Prosecutor that Kohlman is just a profess-ional expert.

3- Yet, recently, after lawyers of Defendant (Mostafa Kamel) (case: #15-0211. Cr) which is a similar Case to mine, got a permission to see Some Classified documents, the stunning truth was that Evan Kohlman was NOT an impartial Eepert witness. Rather, he is, in fact, a law enforcement witness.

4. The lawyers of Defendant Mostafa wrote about this fact in their Motion to the 2nd Cir. And this Court SDNY Can see the details in Doc #178 of DKt no. #15-0211 in 2nd Cir.

5. Had the government told the Jury about the truth of Kohlman, at least one junor Could reject the testimony of Kohlman and refrains from giving a Guilty Verdict against me.

7

Page

(b) Direct Appeal of Ground **THREE**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

**Because This Is a New Discovered Evidence**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application? **N/A**

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application? **N/A**

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? **N/A**

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:        **N/A**

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or    **N/A**
raise this issue:

8

Page

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Same as my Comment in 9(F) above

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing:
Martin - Address = N/A
(b) At arraignment and plea:
Stanely - Address = N/A
(c) At trial:
Stanely - Address = N/A
(d) At sentencing:
Stanely - Address = N/A

9

(e) On appeal:

*Zoë Dolan*

(f) In any post-conviction proceeding:

*Zoë Dolan*

(g) On appeal from any ruling against you in a post-conviction proceeding:

*Zoë Dolan .*

Page

Address

555 West 5 th. #
str. 35th Flr.
Los Angeles, CA 90013
tel: (347) 301-5180
www. ZoeDolan.Com

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

10

Page

Therefore, movant asks that the Court grant the following relief:

1. Re-try me  OR  2. Give Me the 20 year Sentence Govt's offer
or 3. Assign me a good lawyer to re file this 2255 Professionally
or any other relief to which movant may be entitled.

_I am Pro Se_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on _March 23 ,2019_ (date).

Sulaiman Abu Ghayth #91969-054
_Ghayth_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

11

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of ___SDNY_____

Sulaiman Abu Ghayth

|  |  |
|---|---|
| *Plaintiff,* Petitioner )<br>v.                                          ) | Case No. 98-Cr-1023-LAK |
| U.S.A-Respondant )<br>*Defendant.*              ) |  |

    I am an inmate confined in an institution. Today, March 23, 2019 [*insert date*], I am depositing the 2255_____ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid ~~either~~ by me ~~or~~ by ~~the institution on my behalf~~ Certified Mail ※ 7015 1660 0000 8021 4490

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _Ghayth S. Ghayth - The petitioner_

Signed on March 23, 2019 [insert date]

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).*]

19-91969054-0325-mo-008

Name: Sulaiman Abu Ghayth
Reg No: 91969-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



2255 Motion To
Pro Se Office
U.S. Court Houses SDNY
500   Pearl Street,
New York,
NY 10007